## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.    NO. 4:14CR00067-003  SWW | |
| ROOSEVELT OLIVER | DEFENDANT |

### ORDER MODIFYING CONDITIONS OF RELEASE

Defendant appeared for a hearing before this Court on February 22, 2016 and entered a plea of guilty to Count 1 of the indictment, at which time the Court modified the Order Setting Conditions of Release pending sentencing by adding the following conditions:

1. Defendant shall not be involved in the preparation of tax returns and shall not give tax advice.

2. Defendant shall not go to his tax preparation business without obtaining permission from his probation officer.

3. Defendant may receive payment for the returns that were already prepared and submitted to the Internal Revenue Service.

4. Defendant may meet with clients regarding questions about their tax forms previously prepared by defendant upon receiving the permission of his probation officer.

5. Defendant shall contact his attorney and probation officer at least once a week.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include the condition specified in this order. All other conditions remain in full force and effect.

DATED this 23rd day of February 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE